**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WILLIE MAE SWEENEY BLACKSHIRE | CIVIL ACTION NO. 25-1640 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| TONZON GLADIS BALL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 30, the Motion to Dismiss for Failure to State a Claim filed by defendants Ball and United States Automobile Association ("USAA"), Record Document 24, and plaintiff's memorandum in opposition, Record Document 29, the response filed by defendants Ball and USAA to the Report and Recommendation, plaintiff's objection, and the defendants' reply, Record Documents 32, 34 and 35, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the defendants' Motion to Dismiss for Failure to State a Claim is **GRANTED** and all claims against defendants TonZon Gladis Ball and USAA are **DISMISSED** as untimely.

**DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE